UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, YUMA DIVISION

United States of America                              CASE: 19-62661MP

vs.

Steevan Dmello

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Steevan Dmello, was represented by counsel, Jared Heath Eggers (FPD).

The defendant pled guilty to the Complaint on 10/02/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 10/01/2019 |

As pronounced on 10/02/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Wednesday, October 02, 2019.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: P2MV6XCPJ

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - YUMA** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 10/02/2019          Case Number: 19-62661MP

USA vs. **Steevan Dmello**

U.S. MAGISTRATE JUDGE: JAMES F. METCALF     Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Louis C Uhl
INTERPRETER REQ'D: Varuna Tejwani, Hindi
Attorney for Defendant: Jared Heath Eggers (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **10/01/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:     Jared Heath Eggers (FPD) is appointed as attorney of record for defendant.


|  |  |
|---|---|
| Recorded by Courtsmart | COP: 12 |
| BY: Angela Gutierrez | Sent: 0 |
| Deputy Clerk | IA: 0 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| | CASE: 19-62661MP |
| vs. | Citizenship: INDIA |
| Steevan Dmello | DOA: 10/01/2019 |
| YOB: 1979 | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about October 01, 2019, near San Luis, Arizona in the District of Arizona, Defendant Steevan DMELLO, an alien, did knowingly and willfully attempt to enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of India and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last attempted to enter the United States illegally without inspection near San Luis, Arizona on October 01, 2019. The Defendant was advised of their Miranda Rights by Border Patrol Agents on October 1, 2019 at 6:46 A.M. The Defendant waived their rights to have an attorney present. The Defendant stated that, after crossing illegally into the United States, their intention was to travel to Georgia to reside and work. To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Jesus Leal, Miguel Toledo, Jose Cabral, Alassane Coulibaly, Esgardo Gonzalez. To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Leonard Scaife Jr.

File Date: 10/02/2019                                           at Yuma, Arizona

*Jaime Fuentes, Border Patrol Agent*

Sworn to before me and subscribed in my presence,

Date signed: 10/02/2019

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: P2MV6XCPJ

Magistrate Information Sheet

Complaint: Steevan Dmello

Criminal History: NONE

Immigration History: NONE